The Honorable Thomas T. Glover
Chapter: 7
Hearing Date: June 9, 2010
Hearing Time: 9:30 a.m.
Hearing Location: Marysville, WA
Response Date: June 2, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

Francis Henry Braillard,

                Debtor.

No. 09-20510-TTG

MOTION FOR ORDER PERMITTING FOSTER PEPPER TO WITHDRAW AS COUNSEL OF RECORD FOR FRANCES PETRYSHEN

COMES NOW FOSTER PEPPER PLLC and Deborah A. Crabbe who moves this Court to grant leave to withdraw as counsel of record for Frances Petryshen in accordance with RPC 1.16(b)(4), CR (7)(d)(2) and GR 2(g)(4)(A). The underlying basis for withdrawal is that a fundamental disagreement has arisen between Ms. Petryshen and her counsel regarding the legal strategy for this case.

As set forth in more detail in the Declaration of Counsel in support of the motion, this basis is sufficient justification for counsel to withdraw from this matter.

The last known address for Ms. Petryshen for notice purposes is as follows:

    Frances Petryshen
    5714 134th Place SE
    Unit A18 - PMB 305
    Everett, WA 98208

MOTION - 1

51073008.1

1       There is no trial date in this matter and the only pending motion affecting Ms. Petryshen is set for June 9, 2010. Counsel will represent Ms. Petryshen's interest at this hearing, but respectfully requests that the Order for Withdrawal be effective following the hearing.

      RESPECTFULLY SUBMITTED this 20th day of May, 2010.

                                FOSTER PEPPER PLLC

                                */s/ Deborah A. Crabbe*

                                Deborah A. Crabbe, WSBA #22263
                                Attorneys for Frances Petryshen

MOTION - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51073008.1