The Honorable Thomas T. Glover
Chapter: 7
Hearing Date: June 9, 2010
Hearing Time: 9:30 a.m.
Hearing Location: Marysville, WA
Response Date: June 2, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

Francis Henry Braillard,

                Debtor.

No. 09-20510-TTG

DECLARATION OF DEBORAH A. CRABBE

I, DEBORAH A. CRABBE, declare as follows:

1. On March 31, 2010, I entered a notice of appearance on behalf of Frances Petryshen in the above-referenced bankruptcy proceeding.

2. On March 31, 2010, I caused a proof of claim to be filed on behalf of Ms. Petryshen in the above referenced bankruptcy proceeding.

3. In May 2010, it became apparent that a fundamental disagreement had arisen between myself and Ms. Petryshen regarding her legal rights in this case.

4. In order to protect client confidences I will not reveal the substance of my conversations with Ms. Petryshen, but the fundamental disagreement involves my interpretation of bankruptcy law and its application to Ms. Petryshen's rights in this case.

5. Upon the entry of an Order Permitting Foster Pepper to withdraw, I will turn over all client files, materials and property to Ms. Petryshen and refund any advance payment of fees that has not been earned in accordance with RPC 1.16(d).

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51073020.1

1       EXECUTED this 20th day of May, 2010 at Seattle, Washington.

2

3                                      */s/ Deborah A. Crabbe*
                                     Deborah A. Crabbe

DECLARATION - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51073020.1